IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

TAMMY PINNELL, **JUDGMENT IN A CIVIL CASE**

      Plaintiff,

                                  Civil Action No.
v.                          06-5127-CV-SW-REL

MICHAEL J. ASTRUE,

      Defendant.

_____ **Jury Verdict(s).** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict(s).

 xx   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED:

      that Plaintiff's motion for summary judgment is denied.

IT IS FURTHER ORDERED:

      that the decision of the Commissioner is affirmed.

                                                 Patricia L. Brune, Clerk

Order Date: March 13, 2008           By  /s/ Bonnie J. Rowland
Entered Date: March 19, 2008                 Deputy Clerk